No. 23-2951

---

### UNITED STATES COURT OF APPEALS
### FOR THE SEVENTH CIRCUIT

---

DARRYL KELLY,

      Plaintiff-Appellant,

v.

ALLSTATE VEHICLE AND PROPERTY,
INSURANCE COMPANY,

      Defendant-Appellee.

---

Appeal from the United States District Court
For the Southern District of Indiana
Civil Action No. 2:22-cv-00123
The Honorable Judge Matthew P. Brookman

---

### MOTION OF DEFENDANT-APPELLEE,
### ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY TO
### POSTPONE AND RESCHEDULE ORAL ARGUMENT

---

Rolfes Henry Co., LPA

/s/ Jason P. Walker
Jason P. Walker, Esq. (*pro hac vice*)
41 South High Street, Suite 2300
Columbus, Ohio 43215
P:  (614) 469-7130
F:  (614) 469-7146
E:  jwalker@rolfeshenry.com

R. Eric Sanders (#30420-89)
55 Monument Circle, Suite 1200A
Indianapolis, Indiana 46204
P: (317) 520-8627
F: (513) 579-0222
E: esanders@rolfeshenry.com

ATTORNEYS FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY

# MOTION TO POSTPONE AND RESCHEDULE ORAL ARGUMENT

Appellate Court No: <u>23-2951</u>

Short Caption: <u>Darryl Kelly v. Allstate Vehicle and Property Insurance Company</u>

Now comes Allstate Vehicle and Property Insurance Company, by and through the undersigned counsel, and pursuant to Fed. R. App. P. 34(b) and Cir. R. 34(b)(4), respectfully moves this Court for an Order rescheduling the Oral Argument currently set for May 16, 2024. Reasons supporting this motion are provided in the attached memorandum in support.

Respectfully submitted,

ROLFES HENRY CO., LPA

Jason P. Walker, Esq. (*pro hac vice*)
41 South High Street, Suite 2300
Columbus, Ohio 43215
P: (614) 469-7130
F: (614) 469-7146
E: jwalker@rolfeshenry.com

R. Eric Sanders (#30420-89)
55 Monument Circle, Suite 1200A
Indianapolis, Indiana 46204
P: (317) 520-8627
F: (513) 579-0222
E: esanders@rolfeshenry.com

*ATTORNEYS FOR DEFENDANT-APPELLEE*
*ALLSTATE VEHICLE AND PROPERTY INSURANCE*
*COMPANY*

<h2 style="text-align:center"><strong>MEMORANDUM IN SUPPPORT</strong></h2>

Appellant Darryl Kelly filed his Appellate Brief on November 22, 2023.  Allstate filed its Brief of Appellee on January 16, 2024.  The Court notified the parties of its intent to hold Oral Argument on March 28, 2024.  The Court set Oral Argument for May 16, 2024.

Prior to the Appellant filing the Notice of Appeal, undersigned counsel made arrangements to attend an out-of-town event on May 16-17, 2024.  Counsel paid for the event and arranged for travel and the fees are non-refundable.

In an April 22, 2024 email, undersigned counsel contacted Appellant's counsel to advise him of the plan to file the instant Motion and to ask whether Appellant's counsel had any objections.  Appellant's counsel responded the same to and advised he did not object.

For the foregoing reasons, Allstate respectfully moves this Court for an Order rescheduling Oral Argument to a date after May 17, 2024.

Dated: April 22, 2024

Respectfully submitted,

ROLFES HENRY CO., LPA

Jason P. Walker, Esq. (*pro hac vice*)
41 South High Street, Suite 2300
Columbus, Ohio 43215
P:  (614) 469-7130
F:  (614) 469-7146
E:  jwalker@rolfeshenry.com

R. Eric Sanders (#30420-89)
55 Monument Circle, Suite 1200A
Indianapolis, Indiana 46204
P:  (317) 520-8627
F:  (513) 579-0222
E:  esanders@rolfeshenry.com

*ATTORNEYS FOR DEFENDANT-APPELLEE*
*ALLSTATE VEHICLE AND PROPERTY INSURANCE*
*COMPANY*

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant-Appellee, Allstate Vehicle and Property Insurance Company, hereby certifies that on April 22, 2024, I electronically filed the foregoing Motion to Postpone and Reschedule Oral Argument with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

Respectfully submitted,

ROLFES HENRY CO., LPA

Jason P. Walker, Esq. (*pro hac vice*)
41 South High Street, Suite 2300
Columbus, Ohio 43215
P: (614) 469-7130
F: (614) 469-7146
E: jwalker@rolfeshenry.com

R. Eric Sanders (#30420-89)
55 Monument Circle, Suite 1200A
Indianapolis, Indiana 46204
P: (317) 520-8627
F: (513) 579-0222
E: esanders@rolfeshenry.com

*ATTORNEYS FOR DEFENDANT-APPELLEE*
*ALLSTATE VEHICLE AND PROPERTY INSURANCE*
*COMPANY*